**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Tammara Lynn Williams**

Case No.: **23−56629−lrc**
Chapter: **7**

# ORDER OF DISMISSAL REGARDING UNPAID FILING FEES

On 07/27/2023, the Court entered an Order denying Debtor or Debtors (hereinafter "Debtor") application to pay the filing fee for the voluntary petition in installments. Debtor was allowed ten days to remit the full amount due for the filing fee for a voluntary petition. The Debtor did not remit the necessary funds. Accordingly, it is

**ORDERED** that the above−styled case is dismissed.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, any Trustee, and all creditors.

**SO ORDERED**, on   August 8, 2023

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 311a